```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675066845
Cashier ID: lnewsom
Transaction Date: 08/18/2022
Payer Name: Jill Fitcheard
-----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Jill Fitcheard
 Amount:         $402.00
-----------------------------------
Paper Check Conversion
 Amt Tendered:  $402.00
-----------------------------------
Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00

3:22-cv-0638 filing fee
```