IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JILL MARIE FITCHEARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:22-CV-00638 |
| v. ) | Judge Truager |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON ) | |
| COUNTY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Melissa Roberge hereby gives notice of her notice of appearance as counsel of record for Defendant, the Metropolitan Government of Nashville and Davidson County.

Respectfully submitted by:

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

*/s/ Melissa Roberge*
Melissa Roberge, BPR #26230
Mallory Ricci, BPR #32492
SENIOR COUNSEL
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, TN 37219
melissa.roberge@nashville.gov
mallory.ricci@nashville.gov
*Attorneys for Defendant*

{N0489430.1}

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing document has been served via U.S. Mail to:

Jill Marie Fitcheard
2232 Arbor Pointe Way
Hermitage, TN 37076

on this 22nd day of August, 2022.

                                                /s/ Melissa Roberge
                                                Melissa Roberge