IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **JILL MARIE FITCHEARD,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | No. 3:22-CV-00638<br>Judge Trauger |
| **METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,** | ) ) ) ) | |
| **Defendant.** | ) ) | |

## THE METROPOLITAN GOVERNMENT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), the Metropolitan Government of Nashville and Davidson County moves to dismiss all claims against it for failure to state a claim upon which relief may be granted. In support of her race discrimination and retaliation claims, Plaintiff does not offer any facts, only desired remedies and legal conclusions. As explained more fully in the contemporaneously filed memorandum of law, neither are sufficient to survive a motion to dismiss.

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

/s/ *Melissa Roberge*
MELISSA ROBERGE (#26230)
MALLORY RICCI (#32492)
SENIOR COUNSEL
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
Melissa.Roberge@nashville.gov
Mallory.Ricci@nashville.gov

## CERTIFICATE OF SERVICE

  I hereby certify that a true and accurate copy of the foregoing document has been served via U.S. Mail to:

Jill Marie Fitcheard
2232 Arbor Pointe Way
Hermitage, TN 37076

on this <u>22nd</u> day of August, 2022.

             <u>/s/ Melissa Roberge</u>
             Melissa Roberge