UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JILL MARIE FITCHEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:22-cv-00638 |
| | ) Judge Trauger |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Plaintiff Jill Marie Fitcheard filed a pro se complaint the Metropolitan Government of Nashville and Davidson County under Title VII of the Civil Rights Act of 1964. (Doc. No. 1.) Because the plaintiff paid the full filing fee, there is no further screening of the complaint. *Benson v. O'Brian*, 179 F.3d 1014, 1017 (6th Cir. 1999). Accordingly, this action is **REFERRED** to the Magistrate Judge to oversee service of process, enter a scheduling order for the management of the case, dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and conduct further proceedings, if necessary, under Rule 72 of the Federal Rules of Civil Procedure and the Local Rules of Court.

The plaintiff is responsible for effecting service of process on the defendant in accordance with Federal Rule of Civil Procedure 4, which is available online. *See* www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure. Failure to timely complete service of process could result in dismissal of this action. *See* Fed. R. Civ. P. 4(m). In addition, the plaintiff must at all times keep the court informed of her mailing address or face dismissal for want of prosecution. *See* Fed. R. Civ. P. 41(b); M.D. Tenn. L. R. 41.01(b). Additional resources for pro

se litigants, including forms, handbooks, and information sheets, are available on the court's website. *See* https://www.tnmd.uscourts.gov/representing-yourself-federal-court.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge

2

Case 3:22-cv-00638   Document 9   Filed 08/22/22   Page 2 of 2 PageID #: 29