FILED
2022 AUG 23 PM 1:12
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# UNITED STATES DISTRICT COURT
for the

Jill Marie Fitchard
_____
Plaintiff(s)

v.

Metropolitan Government of Nashville Davidson County
_____
Defendant(s)

Civil Action No. 3:22-CV-0638

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Metropolitan Government of Nashville & Davidson County
One Public Square, Metro Courthouse, Suite 108
Nashville, Tennessee, 37201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jill Marie Fitchard
2232 Arbor Pointe Way
Hermitage, Tennessee 37076

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/19/2022

Lindsay Newsom
*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No. 3:22-CV-0638

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Metropolitan Govt. of Nashville & Davidson County was received by me on *(date)* 08/22/2022

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Josh Thomas, Attorney , who is designated by law to accept service of process on behalf of *(name of organization)* Metropolitan Govt. of Nashville & Davidson County on *(date)* 08/22/2022 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 08/22/2022

*Server's signature*

Larry Wozencraft, PPS
*Printed name and title*
**LEGAL EAGLES
(615) 781-3730
PO BOX 210206
NASHVILLE, TN 37221**

*Server's address*

Additional information regarding attempted service, etc: