IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JILL MARIE FITCHEARD,<br>　　Plaintiff,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON COUNTY,<br>　　Defendant. | )<br>)<br>)<br>) Civil Action No. 3:22-cv-00638<br>) Judge Trauger / Frensley<br>) Jury Demand<br>)<br>)<br>) |

## ORDER

Pending before the Court is a motion filed by the pro se Plaintiff to obtain counsel. Docket No. 11. Specifically, the Plaintiff requests a forty-five (45) day extension to obtain counsel in this matter. There is a pending motion to dismiss filed by the Defendant in this matter on August 22, 2022. Docket No. 7. Pursuant to Local Rule 7.01(a)(3) Plaintiff's response to the motion to dismiss in due by September 6, 2022. While the Plaintiff's motion does not reference the motion to dismiss or response thereto the Court will interpret the motion for extension of time as relating to Plaintiff's response to the motion to dismiss.

The Plaintiff's motion for an extension of time to obtain counsel (Docket No. 11) is **GRANTED**. The Plaintiff shall have until **October 17, 2022**, within which to respond to the Defendant's motion to dismiss. Plaintiff's response to the motion will be due regardless of whether she obtains counsel or not. Plaintiff is forewarned that failure to respond to the motion to dismiss may result in a recommendation that this matter be dismissed for failure to prosecute or for the reasons set forth in the motion.

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**